Dolly M. Trompeter (CSBN 235784)
Attorney At Law
2261 Market Street, No. 185
San Francisco, CA 94114
Telephone:    415 271-8604
Fax:          415 431-0279
Email:        Dolly@DollyDisabilityLaw.com

Attorney for Plaintiff, Thomas A. Michalski

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| **THOMAS A. MICHALSKI,** | ) | |
|---|---|---|
| Plaintiff, | ) | Case No.: 3:15-cv-4483-EMC |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | **STIPULATION AND P~~RO~~POSED ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 30 days in which to file his motion for summary judgment. Plaintiff's motion, which was formerly due on May 10, 2016 is now due on June 9, 2016. This extension is necessary to provide further opportunity for review and analysis of this case. The parties further stipulate that the Court's Procedural Order shall be modified accordingly.

                                                        This is Plaintiff's first request for an extension.

Dated: 5/6/16                        "/s/ _Dolly M. Trompeter"_

                                            DOLLY M. TROMPETER, ESQ.

                                            Attorney for Plaintiff

|   |   |
|---|---|
|   | BRIAN J. STRETCH<br>Acting United States Attorney |
| Dated: 5/6/16 | By: *"/s/ April Alongi"*<br>*(as authorized via* email *on 5/6/16)*<br>APRIL ALONGI<br>Special Assistant U.S. Attorney |

PERSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall have an additional 30 days in which to file his motion for summary judgment, up to and including JUNE 9, 2016.

Dated: 5/9/16  _____
             **HONORABLE EDWARD M. CHEN,**
             United States District Judge
             Northern District of California



3:15 CV 4483 EMC Stipulation and Proposed Order Extending Plaintiff's Time to File MSJ Milchalski v.Colvin

2