DOLLY M. TROMPETER (CSBN 235784)
Attorney at Law
2261 Market Street, No. 185
San Francisco, CA 94114
Telephone:    415 271-8604
Fax:              415 431-0279
Email:           Dolly@DollyDisabilityLaw.com

Attorney for Plaintiff, Thomas A. Michalski

BRIAN J. STRETCH (CSBN 163973)
United States Attorney
DEBORAH LEE STACHEL (CSBN 230138)
Regional Chief Counsel, Region IX
Social Security Administration
RICHARD RODRIGUEZ
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail:     Richard.Rodgriguez@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS A. MICHALSKI,** <br>            Plaintiff, <br> v. <br><br> **CAROLYN W. COLVIN,** <br> Acting Commissioner of <br> Social Security, <br>            Defendant. | No. 3:15-cv-04483-~~EMS~~ EMC <br><br> **STIPULATION AND P~~ROPO~~SED** <br> **ORDER FOR THE AWARD AND** <br> **PAYMENT OF ATTORNEY'S FEES AND** <br> **EXPENSES PURSUANT TO THE** <br> **EQUAL ACCESS TO JUSTICE ACT, 28** <br> **U.S.C. § 2412(d), AND COSTS** <br> **PURSUANT TO 28 U.S.C. § 1920** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned

counsel, subject to the approval of the Court, that Thomas A. Michalski, (Plaintiff) be awarded

attorney fees and expenses of SEVEN THOUSAND FIFTY DOLLARS ($7050.00) and costs in the amount of FOUR HUNDRED DOLLARS ($400) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by Dolly M. Trompeter (counsel) in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to Astrue v. Ratliff, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel, including counsel's firm or associates, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of counsel and/or counsel's firm to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

DOLLY M. TROMPETER

DATE: December 1, 2016        By /s/ *"Dolly M. Trompeter"*
                              DOLLY M. TROMPETER
                              Attorney for Plaintiff


BRIAN J. STRETCH

DATE: December 1, 2016        By /s/  *"Richard Rodriguez"*
                              RICHARD RODRIGUEZ
                              Special Assistant United States Attorney
                              Attorney for Defendant


OF COUNSEL TO DEFENDANT:

DEBORAH L. STACHEL
Regional Chief Counsel, Region IX

## **ORDER**

BASED UPON THE PARTIES' STIPULATION FOR THE AWARD AND PAYMENT OF EQUAL ACCESS TO JUSTICE ACT FEES AND EXPENSES IN THE AMOUNT OF $7050.00 AND COSTS IN THE AMOUNT OF $400.00, IT IS ORDERED THAT FEES AND EXPENSES/COSTS TOTALING THE AMOUNT OF $7450.00 AS AUTHORIZED BY 28 U.S.C. § 2412 BE AWARDED SUBJECT TO THE TERMS OF THE STIPULATION.

**DATED:** _____12/6/2016_____          _____
                                           **HONORABLE EDWARD M. CHEN
                                           UNITED STATES DISTRICT COURT JUDGE
                                           NORTHERN DISTRICT OF CALIFORNIA**

*IT IS SO ORDERED*
*Judge Edward M. Chen*

3:15-cv-04483 EMC Michalski v. Colvin, Stipulation and Proposed Order for EAJA                    3